EDUARDO G. ROY (Bar No. 146316)
**DLA PIPER US LLP**
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
Tel: 415.836.2500
Fax: 415.836.2501

Attorneys for Defendant
CSAA INTER INSURANCE BUREAU

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER JACOBS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CSAA INTER INSURANCE BUREAU, a business entity,<br><br>Defendant. | CASE NO. C070362<br><br>**SUBSTITUTION OF ATTORNEYS** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant CSAA Inter Insurance Bureau hereby substitutes DLA Piper US LLP as their counsel of record in place of Squire, Sanders & Dempsey in the above-entitled action.

///
///
///
///
///
///
///

SF\3136969.1
1-6

-1-

1  Accordingly, all future notices in this matter should be sent to Eduardo G. Roy at DLA Piper US
2  LLP, 153 Townsend Street, Suite 800, San Francisco, California 94107-1957, (415) 836-2500
3      The undersigned consents to the substitution. This substitution has been executed in
4  identical counterparts.

5  We consent to this substitution.

    CSAA INTER INSURANCE BUREAU
    100 Van Ness Avenue, 18th Floor
6  Dated: June 29, 2007
    San Francisco, CA 94102
    (415) 241-5931

By _____
JAMIE CHUNG
General Counsel

11  We consent to this substitution.

    SQUIRE, SANDERS & DEMPSEY
    One Maritime Plaza, Suite 300
12  Dated: July 2, 2007
    San Francisco, CA 94111-3492
    (415) 954-0285

By _____

17  We Consent to this Substitution

    DLA PIPER US LLP
    153 Townsend Street, Suite 800
18  Dated: July 2, 2007
    San Francisco, CA 94107-1957
    (415) 836.2500

By _____
EDUARDO G. ROY
Attorneys for Plaintiff

SF\3136969.1
1-6

-2-

SUBSTITUTION OF ATTORNEYS

1 | **ORDERED**

2 | The foregoing is approved. (pages 1 and 2);

3 | IT IS SO ORDERED.

5 | 7/5/2007

UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA