Alan Harris, (Bar No. 146079)
David Harris (Bar No. 215224)
David Zelenski (Bar No. 231768)
HARRIS & RUBLE
5455 Wilshire Boulevard, Suite 1800
Los Angeles, CA 90036
Tel:   323.931.3777
Fax:   323.931.3366

Attorneys for Plaintiff

EDUARDO G. ROY, Bar No. 146316
JOHN R. HURLEY, Bar No. 203641
DLA Piper US LLP
153 Townsend St., Suite 800
San Francisco, CA 94107
Tel:   415.836.2500
Fax:   415.836.2501

JOHN R. SHUMAN, JR., Bar No. 100236
TONYA M. CROSS, Bar No. 236867
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel:   650.833.2000
Fax:   650.833.2001

Attorneys for Defendant
CSAA INTER-INSURANCE BUREAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER JACOBS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CSAA INTER-INSURANCE BUREAU,<br><br>Defendant. | CASE NO. 07-CV-00362-MHP<br><br>[PROPOSED] ORDER CONTINUING SCHEDULE FOR APPROVAL OF CLASS ACTION SETTLEMENT<br><br>*Assigned to Hon. Marilyn Hall Patel*<br><br>Trial Date:     None Set<br>Complaint:    01/18/2007 |

DLA PIPER US LLP
EAST PALO ALTO

WEST\21404322.1
319084-000001

ORDER CONTINUING PRELIMINARY APPROVAL
CASE NO. 07-CV-00362-MHP

1   Based on the stipulation of the parties, the Court hereby vacates the current date for
2   briefing the parties' motion for preliminary approval of this putative class action and sets a date
3   of June 16, 2008, for the parties to file their motion for preliminary approval.
4   The hearing on the motion for preliminary approval shall remain on calendar for July 7,
5   2008.
6   IT IS SO ORDERED.
7   Dated: June 17, 2008
8   By 
9   Hon.
    United
10  Judge Marilyn H. Patel

DLA PIPER US LLP
EAST PALO ALTO

WEST\21404322.1
319084-000001

- 1 -

ORDER CONTINUING PRELIMINARY APPROVAL
CASE NO. 07-CV-00362-MHP