1  Alan Harris, (Bar No. 146079)
   David Harris (Bar No. 215224)
2  David Zelenski (Bar No. 231768)
   HARRIS & RUBLE
3  5455 Wilshire Boulevard, Suite 1800
   Los Angeles, CA  90036
4  Tel:    323.931.3777
   Fax:    323.931.3366
5
   Attorneys for Plaintiff
6
   EDUARDO G. ROY, Bar No. 146316
7  JOHN R. HURLEY, Bar No. 203641
   DLA Piper US LLP
8  153 Townsend St., Suite 800
   San Francisco, CA 94107
9  Tel:    415.836.2500
   Fax:    415.836.2501
10
   JOHN R. SHUMAN, JR., Bar No. 100236
11 TONYA M. CROSS, Bar No. 236867
   DLA PIPER US LLP
12 2000 University Avenue
   East Palo Alto, CA  94303-2214
13 Tel:    650.833.2000
   Fax:    650.833.2001
14
   Attorneys for Defendant
15 CSAA INTER-INSURANCE BUREAU

16                    UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18 ALEXANDER JACOBS, individually and        CASE NO.  07-CV-00362-MHP
   on behalf of all others similarly situated,
19                                            [PROPOSED] ORDER CONTINUING
                   Plaintiff,                 SCHEDULE FOR APPROVAL OF CLASS
20                                            ACTION SETTLEMENT
          v.
21                                            *Assigned to Hon. Marilyn Hall Patel*
   CSAA INTER-INSURANCE BUREAU,
22                                            Trial Date:     None Set
                   Defendant.                 Complaint:      01/18/2007
23

24

25

26

27

28

DLA PIPER US LLP
EAST PALO ALTO

WEST\21404322.1
319084-000001

ORDER CONTINUING PRELIMINARY APPROVAL
CASE NO. 07-CV-00362-MHP

1    Based on the stipulation of the parties, the Court hereby vacates the current dates for

2  briefing and hearing the parties' motion for preliminary approval of this putative class action and

3  sets the following dates:

4    July 8, 2008 – The parties shall file their motion for preliminary approval

5    July 21, 2008, at 2:00 p.m. – Hearing on motion for preliminary approval

6    IT IS SO ORDERED.

7  Dated: ~~June~~ July 3, ___, 2008

8  By _____

IT IS SO ORDERED

Judge Marilyn H. Patel

DLA PIPER US LLP
EAST PALO ALTO

WEST\21404322.1
319084-000001

ORDER CONTINUING PRELIMINARY APPROVAL
CASE NO. 07-CV-00362-MHP