1  Alan Harris, (Bar No. 146079)
   David Zelenski (Bar No. 231768)
2  HARRIS & RUBLE
   5455 Wilshire Boulevard, Suite 1800
3  Los Angeles, CA 90036
   Tel:    323.931.3777
4  Fax:    323.931.3366

5  David S. Harris (Bar No. 215224)
   North Bay Law Group
6  901 Irwin Street
   San Rafael, CA 94901
7  Phone: 415.460.5300
   Fax: 415.460.5303
8
   Attorneys for Plaintiff
9  ALEXANDER JACOBS

10  EDUARDO G. ROY, Bar No. 146316
    JOHN R. HURLEY, Bar No. 203641
11  DLA Piper US LLP
    153 Townsend St., Suite 800
12  San Francisco, CA 94107
    Tel:    415.836.2500
13  Fax:    415.836.2501

14  JOHN R. SHUMAN, JR., Bar No. 100236
    TONYA M. CROSS, Bar No. 236867
15  DLA PIPER US LLP
    2000 University Avenue
16  East Palo Alto, CA 94303-2214
    Tel:    650.833.2000
17  Fax:    650.833.2001

18  Attorneys for Defendant
    CSAA INTER-INSURANCE BUREAU
19
                        UNITED STATES DISTRICT COURT
20
                      NORTHERN DISTRICT OF CALIFORNIA
21

22  | ALEXANDER JACOBS, individually and on behalf of all others similarly situated, | CASE NO. 07-CV-00362-MHP |
    |---|---|
    | Plaintiff, | [PROPOSED] ORDER: |
    | v. | 1) GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; |
    | CSAA INTER-INSURANCE BUREAU, | 2) APPROVING CLASS NOTICE; AND |
    | Defendant. | 3) CONDITIONALLY CERTIFYING SETTLEMENT CLASS |

28

DLA PIPER US LLP
EAST PALO ALTO

WEST\21444647.1
319084-000001

[PROPOSED] ORDER FOR PRELIMINARY APPROVAL
CASE NO. 07-CV-00362-MHP

1    Plaintiff Alexander Jacobs and defendant CSAA Inter-Insurance Bureau ("CSAA"),

2    acting through their counsel, and subject to Court approval following notice to the putative class

3    members and a hearing, have agreed to settle this litigation, as set forth in the settlement

4    agreement (the "AGREEMENT") submitted in support of the Joint Motion for Preliminary

5    Approval of Class Action Settlement, Approval of Class Notice, and Conditional Certification of

6    Settlement Class (the "MOTION"). A hearing on the Motion was held on July 21, 2008, before

7    this Court.

8    NOW, THEREFORE, the Court, having considered the papers and the arguments of

9    counsel, and it appearing to the Court that, following notice of the proposed settlement to the

10   putative class members, a hearing should be held to determine finally if the settlement is fair,

11   reasonable and adequate, the Court HEREBY ORDERS as follows:

12   1.    All of the definitions contained in the AGREEMENT shall apply to this Order and

13   are incorporated by reference as if fully set forth herein.

14   2.    The MOTION is GRANTED. The AGREEMENT is preliminarily approved by

15   the Court as fair, adequate, reasonable, and in the best interests of the putative class members.

16   The Court hereby conditionally certifies for settlement purposes and for no other purposes, the

17   following classes of persons:

18   a.    The "CALIFORNIA SALES REPRESENTATIVE CLASS" includes all SALES

19         REPRESENTATIVES who were employed by CSAA in the state of California at

20         any time from January 18, 2003, through September 26, 2008.

21   b.    The "NON-CALIFORNIA SALES REPRESENTATIVE CLASS" includes all

22         SALES REPRESENTATIVES who were employed by CSAA outside the state of

23         California at any time from January 18, 2003, through September 26, 2008.

24   c.    The "CALIFORNIA EMPLOYEE CLASS" includes all CSAA employees

25         employed in California at any time from January 18, 2006, through September 26,

26         2008, but specifically excluding individuals employed by CSAA as Systems

27         Engineers that fall within the putative class definition contained in Paragraph 14 of

28         the Complaint in the action captioned *Stevenson Tan v. California State*

- 1 -

WEST\21444647.1
319084-000001

1                 *Automobile Association*, United States District Court for the Central District of

2                 California, Case No. SACV-07-1011 CJC.

3          3.     The Court conditionally and preliminarily finds that this action satisfies the

4    requirements for class action approval under Federal Rule of Civil Procedure 23(b)(3) with

5    respect to the CALIFORNIA SALES REPRESENTATIVE CLASS and the CALIFORNIA

6    EMPLOYEE CLASS. The Court further conditionally and preliminarily finds that this action

7    satisfies the requirements for proceeding as a representative action under 29 U.S.C. § 216(b) with

8    respect to the NON-CALIFORNIA SALES REPRESENTATIVE CLASS.

9          4.     The Court approves and appoints as Plaintiffs' Class Counsel the following:

10

11                Alan Harris, (Bar No. 146079)        David S. Harris (Bar No. 215224)
                  David Zelenski (Bar No. 231768)     North Bay Law Group

12                HARRIS & RUBLE               901 Irwin Street
                  5455 Wilshire Boulevard, Suite 1800   San Rafael, CA 94901
                  Los Angeles, CA 90036         Phone: 415.460.5300

13                Tel:    323.931.3777          Fax: 415.460.5303
                  Fax:   323.931.3366

14

15

16         5.     The Court approves and appoints as Class Representative Plaintiff Alexander

17   Jacobs.

18         6.     The Court hereby approves the form and content of the CLASS NOTICE attached

19   to the AGREEMENT as Attachment B and the CLAIM FORMS attached to the AGREEMENT

20   as Attachment C, and hereby directs that notice be given in the form and manner proposed in the

21   AGREEMENT.

22         7.     The Court finds that the best practicable notice in the United States is by notice via

23   U.S. mail to the CLASS MEMBERS at the last known address available to CSAA or the

24   SETTLEMENT ADMINISTRATOR as set forth in the AGREEMENT.

25         8.     All costs in connection with the identification of the CLASS MEMBERS,

26   dissemination of the CLASS NOTICE, and administration of this settlement shall be paid from

27   the SETTLEMENT FUND as set forth in the AGREEMENT.

28

WEST\21444647.1
319084-000001

- 2 -

[PROPOSED] ORDER FOR PRELIMINARY APPROVAL
CASE NO. 07-CV-00362-MHP

1          9.      CLASS MEMBERS shall make any requests for exclusion or inclusion from the

2   SETTLEMENT by mail and in writing as provided in the CLASS NOTICE on or before on or

3   before November 7, 2008.

4         10.      SETTLEMENT CLASS MEMBERS shall make any objection or opposition to the

5   settlement in writing as provided in the CLASS NOTICE on or before November 7, 2008.

6         11.      SETTLEMENT CLASS MEMBERS shall make any and all claims for benefits

7   under the AGREEMENT on or before on or before November 7, 2008.

8         12.      The hearing on final approval of the AGREEMENT is hereby set for _December 8_

9   Papers for this motion shall be filed and served by _December 1, 2008_

10

11   Dated: July 21, 2008

12                          By _____

13                            Hon. Marilyn Hall Patel
                                  United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER US LLP
EAST PALO ALTO

WEST\21444647.1
319084-000001

- 3 -

[PROPOSED] ORDER FOR PRELIMINARY APPROVAL
CASE NO. 07-CV-00362-MHP