Alan Harris, (Bar No. 146079)
David Harris (Bar No. 215224)
David Zelenski (Bar No. 231768)
HARRIS & RUBLE
5455 Wilshire Boulevard, Suite 1800
Los Angeles, CA 90036
Tel:    323.931.3777
Fax:    323.931.3366

Attorneys for Plaintiff

EDUARDO G. ROY, Bar No. 146316
JOHN R. HURLEY, Bar No. 203641
DLA Piper US LLP
555 Mission St., Suite 2400
San Francisco, CA 94105
Tel:    415.836.2500
Fax:    415.836.2501

JOHN R. SHUMAN, JR., Bar No. 100236
TONYA M. CROSS, Bar No. 236867
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel:    650.833.2000
Fax:    650.833.2001

Attorneys for Defendant
CSAA INTER-INSURANCE BUREAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER JACOBS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CSAA INTER-INSURANCE BUREAU,<br><br>Defendant. | CASE NO. 07-CV-00362-MHP<br><br>[~~PROPOSED~~] **ORDER CONTINUING SCHEDULE FOR APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>*Assigned to Hon. Marilyn Hall Patel*<br><br>Trial Date:      None Set<br>Complaint:     01/18/2007 |

DLA PIPER US LLP
EAST PALO ALTO

WEST\21605994.1
319084-319084-000001

ORDER CONTINUING FINAL APPROVAL
CASE NO. 07-CV-00362-MHP

1  Based on the stipulation of the parties, the Court hereby sets the following dates for

2  briefing and hearing the parties' motion for final approval of this putative class action and:

3  June 1, 2009 – The parties shall file their motion for final approval

4  June 8, 2009, at 2:00 p.m. – Hearing on motion for final approval

5  IT IS SO ORDERED.

6  Dated: __4/30_____, 2009

IT IS SO ORDERED

Judge Marilyn H. Patel

DLA Piper US LLP
East Palo Alto

WEST\21605994.1
319084-319084-000001

- 1 -

ORDER CONTINUING FINAL APPROVAL
CASE NO. 07-CV-00362-MHP