| | |
|---|---|
| 1 | Alan Harris, (Bar No. 146079) |
| | David Harris (Bar No. 215224) |
| 2 | David Zelenski (Bar No. 231768) |
| | HARRIS & RUBLE |
| 3 | 5455 Wilshire Boulevard, Suite 1800 |
| | Los Angeles, CA 90036 |
| 4 | Tel:   323.931.3777 |
| | Fax:  323.931.3366 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | |
| | EDUARDO G. ROY, Bar No. 146316 |
| 7 | JOHN R. HURLEY, Bar No. 203641 |
| | DLA Piper US LLP |
| 8 | 555 Mission St., Suite 2400 |
| | San Francisco, CA 94105 |
| 9 | Tel:   415.836.2500 |
| | Fax:  415.836.2501 |
| 10 | |
| | JOHN R. SHUMAN, JR., Bar No. 100236 |
| 11 | TONYA M. CROSS, Bar No. 236867 |
| | DLA PIPER US LLP |
| 12 | 2000 University Avenue |
| | East Palo Alto, CA 94303-2214 |
| 13 | Tel:  650.833.2000 |
| | Fax: 650.833.2001 |
| 14 | |
| | Attorneys for Defendant |
| 15 | CSAA INTER-INSURANCE BUREAU |

16  UNITED STATES DISTRICT COURT

17  NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 18 | ALEXANDER JACOBS, individually and on behalf of all others similarly situated, | CASE NO. 07-CV-00362-MHP |
| 19 | | [~~PROPOSED~~] **ORDER CONTINUING SCHEDULE FOR APPROVAL OF CLASS ACTION SETTLEMENT** |
| 20 | Plaintiff, | |
| 21 | v. | *Assigned to Hon. Marilyn Hall Patel* |
| 22 | CSAA INTER-INSURANCE BUREAU, | Trial Date:       None Set |
| | Defendant. | Complaint:       01/18/2007 |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

DLA PIPER US LLP
EAST PALO ALTO

WEST\21605994.1
319084-319084-000001

ORDER CONTINUING FINAL APPROVAL
CASE NO. 07-CV-00362-MHP

1  Based on the stipulation of the parties, the Court hereby sets the following dates for
2  briefing and hearing the parties' motion for final approval of this putative class action and:
3  June 8, 2009 – The parties shall file their motion for final approval
4  June 15, 2009, at 2:00 p.m. – Hearing on motion for final approval
5  IT IS SO ORDERED.
6  Dated: __June 4____, 2009

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DLA PIPER US LLP
EAST PALO ALTO

WEST\21605994.1
319084-319084-000001

- 1 -

ORDER CONTINUING FINAL APPROVAL
CASE NO. 07-CV-00362-MHP